[No. 36049-7-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER PATRICK HOURIHAN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00587-4, Leila Mills, J., entered February 22, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[Nos. 36105-1-II; 36108-6-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN LAWSON, *Appellant.*

Appeals from a judgment of the Superior Court for Thurston County, No. 06-1-01360-7, Gary R. Tabor, J., entered March 23, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36185-0-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE WAYNE OSGOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04598-3, Thomas Felnagle, J., entered April 6, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 36227-9-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DEE NEWTON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-01197-8, M. Karlynn Haberly, J., entered April 13, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.